**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 15-1941**

---

KEITH T. SAYLOR,

Plaintiff - Appellant,

v.

PINNACLE CREDIT SERVICES, LLC,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Anthony J. Trenga, District Judge. (1:14-cv-01709-AJT-TCB)

---

Submitted: August 2, 2016                    Decided: August 9, 2016

---

Before KING, AGEE, and WYNN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Ernest P. Francis, ERNEST P. FRANCIS, LTD., Alexandria, Virginia, for Appellant. Ronald S. Canter, THE LAW OFFICES OF RONALD S. CANTER, LLC, Rockville, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Keith T. Saylor appeals the district court's order granting Pinnacle Credit Services, LLC's motion for summary judgment and closing his civil action that raised claims under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692a (2012), and Fair Credit Reporting Act, 15 U.S.C. § 1681 (2012), and asserted a state law claim of defamation. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Saylor v. Pinnacle Credit Servs., LLC, No. 1:14-cv-01709-AJT-TCB (E.D. Va. July 16, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED